

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00512-CR

Ex Parte Steven **ROBLES**,
Appellant

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1302-W1
Honorable Catherine Torres-Stahl, Judge Presiding

### O R D E R

Appellant's brief was originally due September 27, 2018. On that day, appellant filed an Application for Extension of Time to File Brief, requesting an extension of time until Saturday, November 24, 2018 to file his brief. We granted appellant's request and ordered appellant to file his brief on or before November 26, 2018, which was a Monday. *See* TEX. R. APP. P. 4.1(a). On that day, appellant filed a motion requesting an additional thirty days to file his brief. After consideration, we **GRANT** appellant's request for an extension of time to file his brief and **ORDER** appellant to file his brief in this court **on or before December 27, 2018**. Appellant is advised that no further extensions of time to file his brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court